IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN DUGAN, )
          Petitioner, )    No. C 11-5124 CRB (PR)
v. )    ORDER OF DISMISSAL
UNITED STATES, )
          Respondent. )
_____ )

    On October 19, 2011, the clerk filed as a new prisoner action a document challenging a federal criminal conviction. On that same date, the court notified petitioner in writing that the action was deficient because he did not file an actual petition or pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. Petitioner was advised that failure to file the requested items within 30 days would result in dismissal of the action.

    More than 40 days have elapsed; however, petitioner has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

    The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: Dec. 2, 2011                 _____
                                         CHARLES R. BREYER
                                         United States District Judge

G:\PRO-SE\CRB\HC.11\Dugan, K.11-5124.dsifp.wpd